Michael J. Reed (SBN 122324)
Attorney at Law
26228 Meadow Drive
San Juan Capistrano, CA 92675
Telephone: (925) 743-8353
Facsimile: (734) 468-6168
E-mail: mreed10202@aol.com

Attorney for Plaintiff
SCOTT RADABAUGH

Paul Hastings LLP
Elena R. Baca (SB# 160564)
elenabaca@paulhastings.com
Marisa M. Sherman (SB# 328658)
marisasherman@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, California 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT RADABAUGH<br>Plaintiff,<br>vs.<br>PACIFIC GAS AND ELECTRIC COMPANY dba PG&E and DOES 1-50,<br>Defendants. | Case No. 3:26-CV-11612-LJC<br><br>(Originating Alameda County Superior Court Case No. 25CV108830)<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE HON. LISA J. CISNEROS<br><br>ORDER REMANDING ACTION TO ALAMEDA COUNTY SUPERIOR COURT |

# ORDER REMANDING ACTION

Based on the parties' stipulation, including Defendant Pacific Gas and Electric Company's withdrawal of its contention that this Court has diversity jurisdiction, the Court lacks subject-matter jurisdiction over this action. Accordingly, **IT IS ORDERED:**

1. This action is REMANDED to the Superior Court of California, County of Alameda, Case No. 25CV108830, under 28 U.S.C. § 1447(c). The Court makes no findings on any disputed issue identified in the stipulation, and this Order is not an admission by either party.

2. Each party shall bear its own attorney's fees and costs. No fees or costs are awarded under 28 U.S.C. § 1447(c).

3. The Clerk shall mail a certified copy of this Order to the Clerk of the Superior Court of California, County of Alameda, for filing in Case No. 25CV108830, and shall close this case.

**IT IS SO ORDERED.**

Dated: November 24, 2026

HON. LISA J. CISNEROS
United States Magistrate Judge